UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IL SUN JUNG,

                Plaintiff,

-against-

CIA Director, LEON EDWARD PANETTA,
Central Intelligence Agency, Office of Public
Affairs,

                Defendant.
----------------------------------------------------------x

**CIVIL JUDGMENT**

10 Civ. 0513 (BMC)

Pursuant to the Court's Memorandum and Order issued on February 9, 2010, dismissing this complaint, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

/Signed by Judge Brian M. Cogan/
_____
U.S.D.J.

Dated: Brooklyn, New York
       February 9, 2010

4